FILED
4/23/2019

LS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

MAR 05 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Terrell Durham
______________________
______________________

(Enter above the full name of the plaintiff or plaintiffs in this action)

**19CV1583**
**Judge Dow Jr.**
**Mag. Judge Kim**
**PC 3**

vs.

Case No:______________________
(To be supplied by the Clerk of this Court)

L. majock
Cook County
department of
Corrections
______________________
______________________

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

__/__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Reviewed: 8/2013

**I. Plaintiff(s):**

A. Name: Terrell Durham

B. List all aliases: N/A

C. Prisoner identification number: 2018 1006111

D. Place of present confinement: CCDOC

E. Address: P.O. BOX 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: L. majock.

Title: Sergeant

Place of Employment: CCDOC

B. Defendant: 2700. S. california

Title: Jail

Place of Employment: C.C.D.O.C

C. Defendant: ______

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________________

D. List all defendants: ______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

G. Basic claim made: ______________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On 1-7-19 upon heading to westcare I was sent back to my tier for allegedly disrespecting a direct order. after questioning the Sergeants Decission he waited until I was out of camera view where he then pushed me from behind by the back my head down the stairs then continued using excessive force striking me more than several times to the head area causing injury to the upper and bottom right eye. I was covered in blood from the two abrasions of the tortious assault that the Sergeant used to intentionally inflict emotional Distress, emotional pain and suffering, traumatization.

(2) On 1-7-19 Cook county Department of corrections failed to protect me causing Damages of mental state Security Stability.

5

Reviewed: 8/2013

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Seeking award for compensatory and punitive Damages

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20th. day of 4, 2019

Terrell [signature]
(Signature of plaintiff or plaintiffs)

Torrell Durham
(Print name)

20181006111
(I.D. Number)

P.O. BOX 089002
chicago, IL 60608
(Address)

Reviewed: 8/2013



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

(1)

| CONTROL # | INMATE ID # |
|---|---|
| 201900890 | 9TJ5890 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☒ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

260

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: OPR I/S

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Durham | Terrell | 2018 1006111 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 9 | 1F | 1-17-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

**The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.**
**The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)**
**The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.**
**The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.**
**The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days**
**The grieved issue must not contain offensive or harassing language.**
**The grievance form must not contain more than one issue.**
**The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.**

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
**El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.**
**El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).**
**El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.**
**El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.**
**El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.**
**El asunto de la queja no puede contener lenguaje ofensivo o amenazante**
**La solitud de la queja no puede contener más de un asunto.**
**El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.**

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* (1A) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 1-7-19 | 9:00 am | DIV: 6 Second Floor D Stair Well | SGT. L. Majcek |

On the date of 1-7-19 upon heading to westcare I was asked was I told to tuck in my shirt by SGT. majcek as it was ordered to B.O.F students. After informing the SGT. I was in westcare the SGT. majcek asked me isnt that school. After correctly saying no I was sent back to my tier. After questioning the SGT. Decission SGT. majcek, then waited to I was out of camera view, came up behind me and pushed me by the back of my head down the stairs. As I regained my balance and stood up I was struck w/ closed fist several times to the head area causing injury (cont)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| SGT. DAY (interviewed me) | Terrell [signature] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| K Jeric | [signature] | 1-24-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| Lt Calvin #663 | [signature] | 1-24-19 |

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

(2)

| CONTROL # | INMATE ID # |
|---|---|
| 201900890 | 0JJJ890 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☒ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent:
- ☐ Other: OPK I/S

260

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Durham | Terrell | 20181002111 |
| **DIVISION** *(División):* | **LIVING UNIT** *(Unidad):* | **DATE** *(Fecha):* |
| 9 | 1F | 1-17-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

**The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.**
**The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)**
**The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.**
**The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.**
**The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days**
**The grieved issue must not contain offensive or harassing language.**
**The grievance form must not contain more than one issue.**
**The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.**

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

**El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.**
**El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).**
**El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.**
**El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.**
**El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.**
**El asunto de la queja no puede contener lenguaje ofensivo o amenazante**
**La solitud de la queja no puede contener más de un asunto.**
**El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.**

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 1-7-19 | 9:00 am | 1A Div:6 second floor D stairwell | SGT. L. Majock |

to the upper and lower right eye. I was covered in blood and suffered from two abrassions caused by the repeated blows recieved by SGT majock. this was clearly an assault and abuse leaving me suffering from further injury such as fear of security, and post traumatic stress. After the abusive incident I was seen by psych and urgent care where I recieved three stitches above my right eye

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso):* |
|---|---|
| SGT DAY (interviewing staff) | Terrell [signature] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| R. Jones | [signature] | 1-24-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| Lt Calvin T#663 | [signature] | 1-24-19 |

Case: 1:19-cv-01583 Document #: 8 Filed: 04/23/19 Page 9 of 10 PageID #:37

**Resident Funds Inquiry**

Print Page Content
Reset Password
Logout

---

Resident ID: 20181006111 Submit

---

Resident ID: **20181006111**
Resident Name: **DURHAM , TERRELL D**
Date of Birth: **1989-11-13**
Location: **- 6 2H - 16-2 - .**

**Account Activity:** Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/06/2018 | 123073714 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Name: Terrell Durham
ID#: 2018-1006111
Div.: 6 Tier: 2H
P.O. Box 089002
Chicago, IL 60608

NEOPOST
02/22/2019
US POSTAGE $0

2019 MAR -5 AM 9:15
CLERK
U.S. DISTRICT COURT

19CV1583
Judge Dow Jr.
Mag. Judge Kim
PC 3

United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

03/05/2019-5

LEGAL MAIL